IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:09-MJ-61 |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | _____ |
| | ) | |
| HECTOR RAUL ALVARANGA-RETANA | ) | |

_____

## ORDER

Upon the Government's Motion, the Court grants the dismissal of the Complaint in the above-captioned matter, without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

**SO ORDERED.**                    Signed: March 16, 2011

David S. Cayer
United States Magistrate Judge